■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON VIVAR, Appellant. [743 NYS2d 312] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered January 16, 2001, convicting him of criminal possession of a weapon in the second degree and as-

sault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that the evidence was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80). Santucci, J.P., Florio, Goldstein and Townes, JJ., concur.